■ FAYE M. EATON et al., Plaintiffs, v SYLVIA HUNGERFORD, Individually and as Special Education Teacher of Wayne Central School District, et al., Respondents. [26 NYS3d 901]— Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered August 11, 2014. The order granted defendants' motion for summary judgment dismissing plaintiffs' complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Carni, J.P., Lindley, DeJoseph, Nemoyer and Troutman, JJ.

■ WILLIAM W. CUVA, Respondent, v ADESA NEW YORK, LLC, et al., Appellants. [26 NYS3d 901]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered December 2, 2014. The order denied the motion of defendants for partial summary judgment dismissing plaintiff's claim for punitive damages.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on September 11 and 15, 2015, and filed in the Onondaga County Clerk's Office on October 20, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Carni, J.P., Lindley, DeJoseph, Nemoyer and Troutman, JJ.